This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**JULIE SAKURA, as Personal Representative of the Estate of SERGIO RAUL MONTANO-MORENO, and GLORIA MORENO,**

Plaintiffs-Appellees,

**v.**                                                             **No. 31,804**

**CHESAPEAKE OPERATING, INC., UNITED DRILLING, INC., DIXIE ELECTRIC, INC., SWEATT CONSTRUCTION, INC., and JAMES BAUCOM,**

Defendants-Appellees,

**and**

**McELVAIN OIL & GAS PROPERTIES, INC.,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Barbara Vigil, District Judge**

Sommerman & Quesada, LLP
George (Tex) Quesada
Dallas, TX

Fadduol, Cliff & Hardy, P.C.
Sam Fadduol

Richard Hardy
Lubbock, TX

for Appellees

Miller Stratvert PA
Timothy R. Briggs
Thomas R. Mack
Albuquerque, NM

for Appellants United Drilling, Inc.

McCormick, Caraway & Tabor, LLP
Matthew T. Byers
Carlsbad, NM

for Appellants McElvain Oil & Gas

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

McElvain Oil & Gas Properties, Inc. (McElvain) seeks to appeal from an order granting co-Defendant United Drilling, Inc.'s (United's) motion for summary judgment, together with a stipulated order dismissing all of Plaintiffs' claims against United. We filed a notice of proposed summary disposition on February 13, 2012, proposing to dismiss for want of a final, appealable order. On March 1, 2012, memoranda in support were filed by United and Plaintiffs. No memorandum in opposition has been filed, and the time for doing so has passed.

Accordingly, for the reasons set forth in the notice of proposed summary disposition, this appeal is dismissed.

**IT IS SO ORDERED.**

_____
**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**CYNTHIA A. FRY, Judge**